```
ROBERT E. ROSENTHAL (SBN 67343)
ANDREW B. KREEFT (SBN 126673)
MATTHEW R. RANKIN (SBN 290751)
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA 93942-1111
Telephone:   (831) 649-5551
Facsimile:   (831) 649-0272
```

Attorneys for Plaintiff, Thomas Cutino

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS CUTINO,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN ARTHUR HURLEY, an individual, DEPARTMENT OF THE ARMY, and DOES 1 through 10, inclusive,<br><br>                Defendants. | CASE NO.  5:15-CV-01734-NC<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Trial Date:  Not Scheduled |

**TO THE COURT**:

      Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Cutino requests to dismiss the above-entitled lawsuit.  This dismissal shall be without prejudice, with each side to bear its own costs and fees.

                                              Respectfully submitted,

Dated: June 1, 2015                    BOHNEN, ROSENTHAL & KREEFT

                                      By:    /s/ Robert E. Rosenthal
                                              ROBERT E. ROSENTHAL
                                              Attorneys for Plaintiff Thomas Cutino

1 ORDER

2 Upon review of Plaintiff's Request for Dismissal without prejudice, and based upon the

3 records and papers on file herein and good cause appearing therefrom;

4 IT IS HEREBY ORDERED that this action is dismissed without prejudice.

7 DATED: June 1, 2015

8 HON. NATHANAEL M. COUSINS
U.S. Magistrate Judge



2

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action; my business address is: 787 Munras Avenue, Suite 200, P.O. Box 1111, Monterey, California 93942.

I served the following document as follows:

**Counsel for Defendants**
Michael D. Sutton
Department of the Army
OSJA Claims
Attn:  Torts
1336 Plummer Street, Bldg. 275
Monterey, California 93944-500

_____**BY MAIL**: By placing a copy(ies) thereof in a sealed envelope(s) addressed to the above-listed person(s) and place(s) of business. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States postal service on that same day with postage thereon fully prepaid at Monterey, California in the ordinary course of business.

\_\_\_x\_\_\_**BY ELECTRONICTRANSMISSION**: by transmitting via electronic mail, the document(s) listed above to the electronic mail addresses set forth below on this date.

\_\_\_\_\_ \_**BY FACSIMILE**:  The above-referenced document(s) was faxed to the above-listed person(s) and/or place(s) of business at the above-listed fax number(s). The facsimile machine used complies with California Rules of Court, Rule 2003(3), and no error was reported by the machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **June 1, 2015** at Monterey, California.

_____
CONNIE TABOR